**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **910 E MAIN LLC D/B/A QUARTER TAVERN; BUBBA'S SALOON, LLC; CJD III LLC D/B/A TWISTED TAVERN; DOUG MCCARTHY ENTERPRISES INC. D/B/A 501; EMERALD BILLIARDS, L.L.C.; MULLIGAN'S ON THE TECHE, L.L.C. D/B/A CANTINA'S DOWNTOWN; MY PLACE BAR & GRILL, L.L.C.; NAPOLEONS ON THE TECHE, LLC; POOL DO'S SPORTS BAR LLP; SOCO SPORTS BAR, LLC; YED ENTERPRISES LLC D/B/A DEWEY'S LOUNGE** | **CIVIL ACTION NO._____** <br><br> **DISTRICT JUDGE _____** <br><br> **MAGISTRATE JUDGE _____** <br><br> **JURY DEMAND** |
| **VERSUS** | |
| **JOHN BEL EDWARDS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF LOUISIANA; AND H. "BUTCH" BROWNING, JR., IN HIS OFFICIAL CAPACITY AS FIRE MARSHAL OF THE STATE OF LOUISIANA** | |

# EXHIBIT B

# COVID-19

# COVID-19 Outbreaks

As of July 22, 2020, LDH is reporting the number of COVID-19 outbreaks and associated cases in non-congregate settings. This information will be updated every Wednesday. An outbreak is defined as 2 or more cases among unrelated individuals that have visited a site within a 14-day time period.

| OUTBREAK SETTING | NUMBER OF OUTBREAKS | CASES |
|---|---|---|
| Automotive | 6 | 41 |
| Bar | 40 | 454 |
| Camp | 2 | 10 |
| Casino | 5 | 114 |
| Child Daycare | 18 | 55 |
| College/University | 3 | 111 |
| Construction Site | 3 | 48 |
| Food Processing | 19 | 456 |
| Gym/Fitness Setting | 5 | 31 |
| Industrial Setting | 20 | 186 |
| Office Space | 11 | 58 |
| Other Worksite | 8 | 27 |
| Primary/Secondary School | 2 | 8 |
| Recreation | 5 | 20 |
| Religious Services/Event | 3 | 35 |
| Restaurant | 27 | 120 |
| Retail Setting | 10 | 31 |
| Ship/Boat | 2 | 5 |
| Social Event | 5 | 66 |
| Wedding | 8 | 35 |

| | | |
|---|---|---|
| **Grand Total** | **202** | **2001** |