**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **910 E MAIN LLC D/B/A QUARTER TAVERN; BUBBA'S SALOON, LLC; CJD III LLC D/B/A TWISTED TAVERN; DOUG MCCARTHY ENTERPRISES INC. D/B/A 501; EMERALD BILLIARDS, L.L.C.; MULLIGAN'S ON THE TECHE, L.L.C. D/B/A CANTINA'S DOWNTOWN; MY PLACE BAR & GRILL, L.L.C.; NAPOLEONS ON THE TECHE, LLC; POOL DO'S SPORTS BAR LLP; SOCO SPORTS BAR, LLC; YED ENTERPRISES LLC D/B/A DEWEY'S LOUNGE** | **CIVIL ACTION NO._____** <br><br> **DISTRICT JUDGE _____** <br><br><br> **MAGISTRATE JUDGE _____** <br><br><br> **JURY DEMAND** |
| **VERSUS** | |
| **JOHN BEL EDWARDS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF LOUISIANA; AND H. "BUTCH" BROWNING, JR., IN HIS OFFICIAL CAPACITY AS FIRE MARSHAL OF THE STATE OF LOUISIANA** | |

# EXHIBIT C

7/27/2020 LDH confirms COVID-19 outbreak connected to Tigerland bars in Baton Rouge | Department of Health | State of Louisiana

Case 6:20-cv-00965 Document 1-3 Filed 07/29/20 Page 2 of 2 PageID #: 51

ACCESSIBILITY

# COVID-19

# LDH confirms COVID-19 outbreak connected to Tigerland bars in Baton Rouge

June 19, 2020

The Louisiana Department of Health can confirm an outbreak connected to multiple Tigerland bars in Baton Rouge, La. The Department has received at least 100 reports of patrons and staff testing positive for COVID-19.

Anyone who visited Tigerland bars over the weekend should consider themselves exposed to COVID-19 and should self-quarantine for 14 days and monitor for symptoms.

Symptoms may appear 2-14 days after exposure to the virus. People with these symptoms may have COVID-19:

- Fever or chills
- Cough
- Shortness of breath or difficulty breathing
- Fatigue
- Muscle or body aches
- Headache
- New loss of taste or smell
- Sore throat
- Congestion or runny nose
- Nausea or vomiting
- Diarrhea

Anyone with known exposure and any of the above symptoms should contact their healthcare provider to get tested. If you do not have a healthcare provider, you can call 211 who can help you identify one.

According to the CDC, testing is recommended for all close contacts of those who have tested positive for COVID-19, especially during an outbreak due to the high likelihood of exposure. If an exposed individual tests negative for COVID-19 prior to end of the quarantine period, they still need to remain quarantined for the remainder of the 14 days.

LDH has a list of COVID-19 test sites on its website.

LDH is receiving increased reports of individuals testing positive for COVID-19 after visiting bars and private social gatherings. Gatherings where people are interacting without a mask and within 6 feet of one another present inherent risk of virus spread.

LDH urges the public, in the strongest terms possible, to wear a mask when in public spaces to reduce the spread of COVID-19, and to adhere to the orders contained in the Governor's Phase Two Reopening Proclamation.