UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

To: All Counsel of Record

Issued By: Judge Robert R. Summerhays

Re: 910 E Main LLC, et al v. Edwards, et al
Civil Case Number 20-cv-965

Date: July 31, 2020

**MINUTES OF TELEPHONE STATUS CONFERENCE**[1]

A telephone status conference was held in this matter on July 31, 2020 before the Honorable Robert R. Summerhays. Participating in the conference were: Jimmy Faircloth for plaintiffs; Matthew Block, James Garner, Joshua Force, John Walsh and Chris Chocheles for defendant John Bel Edwards; and Faye Morrison for defendant Butch Browning.

The request for temporary restraining order contained in the Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Consideration [doc. 4] is **DENIED**, however the Court will **GRANT** an expedited hearing on the request for preliminary injunction. The hearing on the preliminary injunction will be held in Lafayette, Louisiana on Monday, August 17, 2020 at 10:00 a.m.

The Motion to Stay [doc. 5] is **DENIED**.

The Motion to Expedite Discovery [doc. 9] is **GRANTED**. Counsel for the parties are directed to submit a proposed scheduling plan regarding discovery to the Court no later than close of business on Monday, August 3, 2020.

---

[1] Court time – 45 minutes