# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| 910 E MAIN L L C ET AL | CASE NO. 6:20-CV-00965 |
| VERSUS | JUDGE SUMMERHAYS |
| JOHN BEL EDWARDS ET AL | MAGISTRATE JUDGE HANNA |

## ORDER

The Court has scheduled a hearing on the Plaintiff's Motion for Preliminary Injunction for August 17, 2020. The following deadlines will apply to that hearing:

IT IS ORDERED THAT Defendants' opposition to Plaintiffs' Motion for a Preliminary Injunction is due on August 10, 2020;

IT IS FURTHER ORDERED THAT Plaintiffs' reply is due on August 13, 2020;

IT IS FURTHER ORDERED THAT bench books and exhibit lists are due on August 13, 2020; and

IT IS FURTHER ORDERED THAT findings of fact and conclusions of law are due on August 14, 2020.

THUS DONE in Chambers on this 4th day of August, 2020.

Robert R. Summerhays
United States District Judge