UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| 910 E MAIN LLC D/B/A QUARTER TAVERN, ET AL. | ) ) ) | Civil Action No. 6:20-cv-00965 |
| | ) | District Judge Robert R. Summerhays |
| VERSUS | ) ) | Magistrate Judge Patrick J. Hanna |
| | ) | |
| GOVERNOR JOHN BEL EDWARDS and H. "BUTCH" BROWNING, JR. | ) ) | JURY DEMAND |

## STATEMENT OF CORPORATE DISCLOSURE

NOW INTO COURT, through undersigned counsel, come Plaintiffs (i) Big Dan's Bar, Inc., (ii) CKBCPB5 LLC d/b/a The Chatter Box, (iii) City Bar, Inc., (iv) Sandi's Anchor Lounge, L.L.C. d/b/a Da Camp, (v) Tipsy Cajun, LLC, and (vi) Wanous, L.L.C. d/b/a AJ's 2nd St. Pub, who, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Uniform District Court LR 5.6W, submit this corporate disclosure statement and certify the following:

(i) Big Dan's Bar, Inc. is a corporation incorporated under the laws of the State of Louisiana with its principal place of business located at 197 Hwy 15, Sicily Island, LA 71368. Big Dan's Bar, Inc. has no parent corporation, and there is no publicly traded company that owns 10 percent or more of the party's stock.

(ii) CKBCPB5 LLC d/b/a The Chatter Box is a limited liability company formed under the laws of the State of Louisiana with its principal office located at 10715 East 182 Frontage Road, Amelia, LA 70340. CKBCPB5 LLC d/b/a The Chatter Box has no parent corporation, and there is no publicly traded company that owns 10 percent or more of the party's stock.

(iii) City Bar, Inc. is a corporation incorporated under the laws of the State of Louisiana with its principal place of business located at 8401 Maurice Ave., Maurice, LA 70555. City Bar, Inc. has no parent corporation, and there is no publicly traded company that owns 10 percent or more of the party's stock.

(iv) Sandi's Anchor Lounge, L.L.C. d/b/a Da Camp is a limited liability company formed under the laws of the State of Louisiana with its principal office located at 108 Lincoln Drive, Patterson, LA 70392. Sandi's Anchor Lounge, L.L.C. d/b/a Da Camp has no parent corporation, and there is no publicly traded company that owns 10 percent or more of the party's stock.

(v) Tipsy Cajun, LLC is a limited liability company formed under the laws of the State of Louisiana with its principal office located at 1600 Ridge Rd, Duson, LA 70529. Tipsy Cajun, LLC has no parent corporation, and there is no publicly traded company that owns 10 percent or more of the party's stock.

(vi) Wanous, L.L.C. d/b/a AJ's 2nd St. Pub is a limited liability company formed under the laws of the State of Louisiana with its principal office located at 1465 Evergreen Ave., Morgan City, LA 70380. Wanous, L.L.C. d/b/a AJ's 2nd St. Pub has no parent corporation, and there is no publicly traded company that owns 10 percent or more of the party's stock.

Respectfully submitted,

**FAIRCLOTH MELTON SOBEL & BASH, LLC**

By: ___/s/ Jimmy R. Faircloth, Jr._____
Jimmy R. Faircloth, Jr.     (T.A.) (La. #20645)
jfaircloth@fairclothlaw.com
Barbara Bell Melton            (La. # 27956)
bmelton@fairclothlaw.com
Mary Katherine Price           (La. #38576)
kprice@fairclothlaw.com

          Richard F. Norem, III    (La. #38849)
          enorem@fairclothlaw.com
          105 Yorktown Drive
          Alexandria, Louisiana 71303
          Telephone: (318) 619-7755
          Facsimile: (318) 619-7744

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that I presented the above and foregoing *Corporate Disclosure Statement* for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

  Alexandria, Louisiana, this 7th day of August, 2020.

          _____*/s/ Jimmy R. Faircloth, Jr.*_____
              OF COUNSEL