UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **4 ACES ENTERPRISES, LLC D/B/A 4 ACES LOUNGE, ET AL.,** | * | **CASE NO. 2:20-CV-02150** |
| Plaintiffs, | * | **DISTRICT JUDGE: MARTIN L.C. FELDMAN** |
| **VERSUS** | * | |
| | | **MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT** |
| **GOVERNOR JOHN BEL EDWARDS, ET AL.,** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT EXHIBITS TO DEFENDANT JOHN BEL EDWARDS'S OPPOSITION TO PLAINTIFFS' REQUESTS FOR PRELIMINARY AND PERMANENT INJUNCTION**

Defendant John Bel Edwards, Governor of the State of Louisiana (the "Governor"), respectfully submits his Memorandum in Support of Motion for Leave to Supplement Exhibits to Opposition to Plaintiffs' requests for a preliminary and permanent injunction filed on August 7, 2020 (the "Opposition"). The Governor attached the declaration of Dr. Alexander Billioux, the Assistant Secretary of the Louisiana Department of Health's Office of Public Health, to the Opposition.[1] In the Opposition, the Governor also expressed his intention to submit no more than three additional affidavits for this Court's consideration in anticipation of the August 14, 2020 hearing.[2]

Consistent with this statement, the Governor now moves to supplement the Opposition with Exhibits 29 and 32, which are attached to the instant motion. Exhibit 29 is an affidavit of the Governor, and Exhibit 32 is an affidavit of Dr. Robert Hart, the Chief Medical Officer for the Ochsner Health System within the State of Louisiana. Both affidavits relate to the scope and

---

[1] See Opposition to Plaintiffs' Requests for Preliminary and Permanent Injunction [Doc. 15], at p. 1, n. 1.
[2] See id.

severity of the coronavirus pandemic ("COVID-19") in Louisiana and the measures implemented to slow the spread of COVID-19 to protect the health and safety of Louisiana citizens.  Permitting the Governor to supplement his Opposition with the attached exhibits will aid this Court in its consideration of this matter and will not prejudice any party.

Accordingly, the Governor respectfully requests that this Court grant him leave to supplement the exhibits to the Opposition with Exhibits 29 and 32.

Respectfully submitted,

| | |
|---|---|
| | /s/  James M. Garner |
| JACK M. WEISS (# 13340) | JAMES M. GARNER (# 19589), T.A. |
| Attorney at Law | DARNELL BLUDWORTH (# 18801) |
| 5938 Laurel Street | JOSHUA S. FORCE (# 21975) |
| New Orleans, LA 70115 | CHRISTOPHER T. CHOCHELES (# 26848) |
| Telephone/Facsimile: (504) 267-0637 | JOSIE N. SERIGNE (# 38588) |
| Email: jack1656@gmail.com | **SHER GARNER CAHILL RICHTER** |
| (EDLA readmission pending) | **KLEIN & HILBERT, L.L.C.** |
| MATTHEW F. BLOCK (# 25577) | 909 Poydras Street, 28th Floor |
| Executive Counsel | New Orleans, Louisiana  70112-1033 |
| Office of the Governor | Telephone:     (504) 299-2100 |
| Louisiana State Capitol | Facsimile:      (504) 299-2300 |
| 4th Floor | Email:     jgarner@shergarner.com |
| Baton Rouge, Louisiana 70804 | dlbudworth@shergarner.com |
| Telephone:     (225)342-7015 | jforce@shergarner.com |
| Email:     matthew.block@la.gov | cchocheles@shergarner.com |
| | jserigne@shergarner.com |

**ATTORNEYS FOR DEFENDANTS**
**GOVERNOR JOHN BEL EDWARDS AND H. BUTCH BROWNING, JR.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2020, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

    /s/ James M. Garner_____
    James M. Garner