UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| 910 E. MAIN STREET, LLC D/B/A QUARTER TAVERN, ET AL.<br>Plaintiffs, | *<br>*<br>* | CASE NO. 6:20-cv-00965 |
| VERSUS | * | **District Judge Robert R. Summerhays**<br>**Magistrate Judge Patrick J. Hanna** |
| JOHN BEL EDWARDS, ET AL.,<br>Defendants | * | |

* * * * * * * * * * * * * *

### ORDER

Considering the foregoing Defendants' *Ex Parte* Motion for Leave to Add One Exhibit to its Exhibit List (the, "Motion") filed by Defendants, John Bel Edwards in his official capacity as Governor of the State of Louisiana and H. "Butch" Browning, Jr. in his official capacity as Fire Marshal of the State of Louisiana (collectively, "Defendants") and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Defendants are hereby given leave of Court to add one exhibit to its Exhibit List.

New Orleans, Louisiana, this 17th day of August, 2020.

_____
JUDGE