UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **910 E MAIN L L C ET AL** | **CASE NO. 6:20-CV-00965** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **JOHN BEL EDWARDS ET AL** | **MAGISTRATE JUDGE HANNA** |

**MINUTES OF COURT:**
**Motion Hearing (Rec. Doc. 4)**

| | | | |
|---|---|---|---|
| Date: | August 17, 2020 | Presiding: | Judge Robert R. Summerhays |
| Court Opened: | 10:00 a.m. | Courtroom Deputy: | Chris Guidry |
| Court Adjourned: | 6:15 p.m. | Court Reporter: | LaRae Bourque |
| Statistical Time: | 7 Hrs. | Courtroom: | CR3 |

**APPEARANCES**

| | | |
|---|---|---|
| Jimmy R Faircloth Jr, Mary Katherine Price, and Richard Frederick Norem, III | For | 910 E Main L L C, et al., Plaintiffs |
| James M Garner, Christopher T. Chocheles, Jack M. Weiss, Joshua Simon Force and Matthew Ferdinand Block | For | John Bel Edwards, et al., Defendants |

**PROCEEDINGS**

Case called for oral argument. After considering the testimony and evidence, the memoranda filed by the parties, the applicable law, and the arguments of counsel, **IT IS ORDERED** that Plaintiff's Motion for Preliminary Injunction, Rec. Doc. [4] is taken under advisement.

A written ruling will be issued by the Court.

Counsel shall refer to the official transcript of this hearing for a complete record.

**FILINGS**:
Exhibit and Witness Lists