# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**910 E MAIN L L C ET AL**                    **CASE NO.  6:20-CV-00965**

**VERSUS**                                    **JUDGE SUMMERHAYS**

**JOHN BEL EDWARDS ET AL**                    **MAGISTRATE JUDGE HANNA**

## ORDER

Presently before the Court is the Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Relief [ECF Doc. 4] filed by the Plaintiffs. This Court previously denied Plaintiffs' request for a temporary restraining order but set Plaintiffs' Motion for an expedited hearing on Plaintiffs' request for a preliminary injunction [ECF No. 12]. The Court held an evidentiary hearing on the Motion on August 17, 2020 and took the Motion under advisement at the close of the hearing. For the reasons stated in the Court's Memorandum Ruling,

IT IS ORDERED THAT the Plaintiffs' Motion for Preliminary Injunction [ECF Doc. 4] is **DENIED.**

THUS DONE in Chambers on this 21st day of August, 2020.

_____
Robert R. Summerhays
United States District Judge