UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| 910 E MAIN LLC D/B/A QUARTER TAVERN, ET AL. | ) ) ) | Civil Action No. 6:20-cv-00965 |
| | ) | District Judge Robert R. Summerhays |
| VERSUS | ) ) ) | Magistrate Judge Patrick J. Hanna |
| GOVERNOR JOHN BEL EDWARDS and H. "BUTCH" BROWNING, JR. | ) ) | JURY DEMAND |

## NOTICE OF EXPEDITED APPEAL TO THE FIFTH CIRCUIT

In accordance with 28 U.S.C. § 1292(a)(1), notice is hereby given that Plaintiffs, (i) 910 E Main 33, LLC d/b/a Quarter Tavern, (ii) Big Dan's Bar, Inc., (iii) City Bar, Inc., (iv) CKBCPB5 LLC d/b/a The Chatter Box, (v) Doug McCarthy Enterprises Inc. d/b/a 501, (vi) My Place Bar & Grill, L.L.C., (vii) Pool Do's Sports Bar LLP, (viii) Sandi's Anchor Lounge, L.L.C. d/b/a Da Camp, (ix) SoCo Sports Bar, LLC, (x) Tipsy Cajun, LLC, and (xi) Wanous, L.L.C. d/b/a AJ's 2nd St. Pub, appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum Ruling and Order denying Plaintiffs' motion for preliminary injunctive relief entered in this action on the 21st day of August, 2020 (ECF Nos. 47 and 48). Pursuant to Fed. R. App. P. 2 and 5th Cir. R. 34.5, Plaintiffs will be filing a Motion to Expedite Appeal with the Fifth Circuit.

DATED: August 25, 2020        Respectfully submitted,

**FAIRCLOTH MELTON SOBEL & BASH, LLC**

By:   */s/ Jimmy R. Faircloth, Jr.*
      Jimmy R. Faircloth, Jr.   (T.A.)  (La. #20645)
      jfaircloth@fairclothlaw.com
      Barbara Bell Melton              (La. # 27956)
      bmelton@fairclothlaw.com
      Mary Katherine Price             (La. #38576)
      kprice@fairclothlaw.com

1

        Richard F. Norem, III        (La. #38849)
        enorem@fairclothlaw.com
        105 Yorktown Drive
        Alexandria, Louisiana 71303
        Telephone: (318) 619-7755
        Facsimile: (318) 619-7744

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I presented the above and foregoing *Plaintiffs' Notice of Appeal to the Fifth Circuit* for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Alexandria, Louisiana, this 25th day of August, 2020.

        */s/ Jimmy R. Faircloth, Jr.*
        OF COUNSEL