# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 26, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30526    4 Aces Enterprises, L.L.C., et al v. John Edwards, et al
                          USDC No. 2:20-CV-2150
                          USDC No. 6:20-CV-965

The court has granted the motion to consolidate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Mr. Matthew F. Block
Mr. Christopher T. Chocheles
Mr. Jimmy Roy Faircloth Jr.
Mr. Joshua Simon Force
Mr. James M. Garner
Ms. Carol L. Michel
Mr. Tony R. Moore
Mr. Richard Frederick Norem III
Ms. Mary Katherine Price
Mr. Jack M. Weiss