# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 26, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30526    4 Aces Enterprises, L.L.C., et al v. John Edwards, et al  
                      USDC No. 2:20-CV-2150  
                      USDC No. 6:20-CV-965

The court has granted the motion to consolidate cases 20-30526 and 20-30537. We ask you to use the case number above and the update caption below in future inquires.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____  
                                    Majella A. Sutton, Deputy Clerk  
                                    504-310-7680

Mr. Matthew F. Block  
Mr. Christopher T. Chocheles  
Mr. Jimmy Roy Faircloth Jr.  
Mr. Joshua Simon Force  
Mr. James M. Garner  
Ms. Carol L. Michel  
Mr. Tony R. Moore  
Mr. Richard Frederick Norem III  
Ms. Mary Katherine Price  
Mr. Jack M. Weiss

                            Case No. 20-30526

Big Tyme Investments, L.L.C., doing business as Big Daddy's Pub & Grub; CD Enterprises of Houma, L.L.C., doing business as Larussa's Lounge; JOM, L.L.C., doing business as Just One More; LongShotz 1, L.L.C., doing business as Longshotz; Paradise Sports Bar & Daiquiris, L.L.C., doing business as Epic Lounge; R&J Lapeyrouse, L.L.C., doing business as Jeaux's New Horizon;

R. Heasley, L.L.C., doing business as Ram Rod's Saloon; Tap Dat, L.L.C., doing business as The Brass Monkey; The Music Cove, L.L.C.; The Outer Limits Bar, L.L.C.,

      Plaintiffs - Appellants

v.

John Bel Edwards, In his official capacity as Governor of the State of Louisiana; H. Browning, Jr., In his official capacity as Fire Marshal of the State of Louisiana, also known as Butch Browning,

      Defendants - Appellees

consolidated with
_____

20-30537
_____

910 E Main, L.L.C., doing business as Quarter Tavern; Doug McCarthy Enterprises, Incorporated, doing business as 501; My Place Bar & Grill, L.L.C.; Pool Dos Sports Bar, L.L.P.; SoCo Sports Bar, L.L.C.; Sandi's Anchor Lounge, L.L.C., doing business as Da Camp; Tipsy Cajun, L.L.C.; Wanous, L.L.C., doing business as AJ's 2nd St. Pub; C K B C P B 5, L.L.C., doing business as Chatter Box; Big Dan's Bar, Incorporated; City Bar, Incorporated,

      Plaintiffs - Appellants

v.

John Bel Edwards, In his official capacity as Governor of the State of Louisiana; H. Browning, Jr., In his official capacity as Fire Marshal of the State of Louisiana, also known as Butch Browning,

      Defendants - Appellees