# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 02, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30526    4 Aces Enterprises, L.L.C., et al v.
                             John Edwards, et al
                             USDC No. 2:20-CV-2150
                             USDC No. 6:20-CV-965

The court has granted the motion of *amici curiae* Raymond Crews, Danny McCormick, Blake Miguez, Charles Owen, and Alan Seabaugh, et al, to file brief out of time in support of appellants in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Matthew F. Block
Mr. Christopher T. Chocheles
Mr. Jimmy Roy Faircloth Jr.
Mr. Joshua Simon Force
Mr. James M. Garner
Mr. Glenn L. Langley
Ms. Carol L. Michel
Mr. Tony R. Moore
Mr. Richard Frederick Norem III
Ms. Mary Katherine Price
Mr. Jack M. Weiss

# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-30526

---

BIG TYME INVESTMENTS, L.L.C., *doing business as* BIG DADDY'S PUB & GRUB; CD ENTERPRISES OF HOUMA, L.L.C., *doing business as* LARUSSA'S LOUNGE; JOM, L.L.C., *doing business as* JUST ONE MORE; LONGSHOTZ 1, L.L.C., *doing business as* LONGSHOTZ; PARADISE SPORTS BAR & DAIQUIRIS, L.L.C., *doing business as* EPIC LOUNGE; R&J LAPEYROUSE, L.L.C., *doing business as* JEAUX'S NEW HORIZON; R. HEASLEY, L.L.C., *doing business as* RAM ROD'S SALOON; TAP DAT, L.L.C., *doing business as* THE BRASS MONKEY; THE MUSIC COVE, L.L.C.; THE OUTER LIMITS BAR, L.L.C.,

*Plaintiffs—Appellants*,

*versus*

JOHN BEL EDWARDS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF LOUISIANA; H. BROWNING, JR., IN HIS OFFICIAL CAPACITY AS FIRE MARSHAL OF THE STATE OF LOUISIANA, *also known as* BUTCH BROWNING,

*Defendants—Appellees*,

CONSOLIDATED WITH

---

No. 20-30537

---

910 E MAIN, L.L.C., *doing business as* QUARTER TAVERN; DOUG MCCARTHY ENTERPRISES, INCORPORATED, *doing business as* 501; MY PLACE BAR & GRILL, L.L.C.; POOL DOS SPORTS BAR,

L.L.P.; Soco Sports Bar, L.L.C.; Sandi's Anchor Lounge, L.L.C., *doing business as* Da Camp; Tipsy Cajun, L.L.C.; Wanous, L.L.C., *doing business as* AJ's 2nd St. Pub; C K B C P B 5, L.L.C., *doing business as* Chatter Box; Big Dan's Bar, Incorporated; City Bar, Incorporated,

*Plaintiffs—Appellants*,

*versus*

John Bel Edwards, In his official capacity as Governor of the State of Louisiana; H. Browning, Jr., In his official capacity as Fire Marshal of the State of Louisiana, *also known as* Butch Browning,

*Defendants—Appellees*.

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-2150
USDC No. 6:20-CV-965

_____

ORDER:

    IT IS ORDERED that the opposed motion to file <u>amici curiae</u> brief out of time on behalf of Mr. Raymond Crews, Mr. Danny McCormick, Mr. Blake Miguez, Mr. Charles Owen and Mr. Alan Seabaugh, et al. in support of the appellants is GRANTED. If they wish, the appellees may within seven days of this order file a supplemental letter brief, not to exceed ten pages, responding to issues raised in the amici brief.

    LYLE W. CAYCE, CLERK

United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT