# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 10, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 20-30526    4 Aces Enterprises, L.L.C., et al v. John Edwards, et al
USDC No. 2:20-CV-2150
USDC No. 6:20-CV-965

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Mr. Matthew F. Block
Mr. Christopher T. Chocheles
Mr. Jimmy Roy Faircloth Jr.
Mr. Joshua Simon Force
Mr. James M. Garner
Mr. Glenn L. Langley
Ms. Carol L. Michel
Mr. Tony R. Moore
Mr. Richard Frederick Norem III
Ms. Mary Katherine Price
Mr. Jack M. Weiss

# United States Court of Appeals for the Fifth Circuit

_____

No. 20-30526
_____

Big Tyme Investments, L.L.C., *doing business as* Big Daddy's Pub & Grub; CD Enterprises of Houma, L.L.C., *doing business as* Larussa's Lounge; JOM, L.L.C., *doing business as* Just One More; LongShotz 1, L.L.C., *doing business as* Longshotz; Paradise Sports Bar & Daiquiris, L.L.C., *doing business as* Epic Lounge; R&J Lapeyrouse, L.L.C., *doing business as* Jeaux's New Horizon; R. Heasley, L.L.C., *doing business as* Ram Rod's Saloon; Tap Dat, L.L.C., *doing business as* The Brass Monkey; The Music Cove, L.L.C.; The Outer Limits Bar, L.L.C.,

*Plaintiffs—Appellants*,

*versus*

John Bel Edwards, In his official capacity as Governor of the State of Louisiana; H. Browning, Jr., In his official capacity as Fire Marshal of the State of Louisiana, *also known as* Butch Browning,

*Defendants—Appellees*,

consolidated with
_____

No. 20-30537
_____

910 E Main, L.L.C., *doing business as* Quarter Tavern; Doug McCarthy Enterprises, Incorporated, *doing business as* 501; My Place Bar & Grill, L.L.C.; Pool Dos Sports Bar,

L.L.P.; SoCo Sports Bar, L.L.C.; Sandi's Anchor Lounge, L.L.C., *doing business as* Da Camp; Tipsy Cajun, L.L.C.; Wanous, L.L.C., *doing business as* AJ's 2nd St. Pub; C K B C P B 5, L.L.C., *doing business as* Chatter Box; Big Dan's Bar, Incorporated; City Bar, Incorporated,

*Plaintiffs—Appellants*,

*versus*

John Bel Edwards, In his official capacity as Governor of the State of Louisiana; H. Browning, Jr., In his official capacity as Fire Marshal of the State of Louisiana, *also known as* Butch Browning,

*Defendants—Appellees*.

---

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-2150

---

ORDER:

IT IS ORDERED that the opposed motion of appellees to dismiss the appeals for lack of jurisdiction is CARRIED WITH THE CASE.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

2