# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| 910 E. MAIN STREET, LLC D/B/A QUARTER TAVERN, ET AL. <br> **Plaintiffs,** | * <br> * | CASE NO.  6:20-cv-00965 <br><br> **District Judge Robert R. Summerhays** |
| **VERSUS** | * | **Magistrate Judge Patrick J. Hanna** |
| JOHN BEL EDWARDS, ET AL., <br> **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion for Extension of Time to File Responsive Pleadings filed by Defendants, John Bel Edwards, in his official capacity as Governor of the State of Louisiana, and H. "Butch" Browning, in his official capacity as the Fire Marshal of the State of Louisiana:

**IT IS ORDERED** that the Unopposed Motion for Extension of Time to File Responsive Pleadings is **GRANTED**. Defendants are hereby granted an extension until and through December 2, 2020, in which to file responsive pleadings.

~~New Orleans~~, Louisiana, this  24th  day of November, 2020.
 Lafayette

_____
UNITED STATES ~~DISTRICT~~ JUDGE
~~ROBERT P. SUMMERHAYS~~
Patrick Hanna