UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| 910 E MAIN LLC D/B/A QUARTER TAVERN, ET AL. | Civil Action No. 6:20-cv-00965 |
| | District Judge Robert R. Summerhays |
| VERSUS | Magistrate Judge Patrick J. Hanna |
| GOVERNOR JOHN BEL EDWARDS and H. "BUTCH" BROWNING, JR. | JURY DEMAND |

## ORDER

Considering the Motion for Voluntary Dismissal Without Prejudice filed by Big Dan's Bar, Inc., CKBCPB5 LLC d/b/a The Chatter Box, and Tipsy Cajun, LLC (collectively, "Plaintiffs"),

**IT IS HEREBY ORDERED** that the Motion for Voluntary Dismissal Without Prejudice is **GRANTED**, and, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs' claims against Defendants, Governor John Bel Edwards, in his official capacity as Governor of the State of Louisiana, and H. "Butch" Browning, Jr., in his official capacity as Fire Marshal of the State of Louisiana, are dismissed without prejudice.

Lafayette, Louisiana, this 26th day of January, 2021.

HONORABLE ROBERT R. SUMMERHAYS
DISTRICT JUDGE